Paul Colon Reg# [redacted]
Federal Correctional Institution
Fort Dix po Box 2000
Joint Base MDL Fort Dix NewJersey
08640

Trenton P&DC NJ 086
FRI 02 SEP 2016 PM

USM P3
SDNY

Legal Mail

To: Honorable William H. Pauley III
United Stat. District Court
Southern District of Newyork
500 Pearl STREET
Newyork Newyork 10007

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 2000
FORT DIX, NJ 08640

9-2-16

The enclosed letter was processed through [special] mail procedures. This letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to [return] the material. If the writer encloses correspondence [for] forwarding to another address or includes unauthorized items, please return to the above address.

RECEIVED
SEP 0[illegible] 2016
CHAMBERS OF
WILLIAM H. PAULEY
U.S.D.J.